Stephen A. Kennedy TX SBN 11300425
Linda S. McAleer, SBN 249233
Kennedy Law, P.C.
City National Plaza
515 S. Flower St., Suite 3600
Los Angeles, CA 90071
T 323-800-2630 F 323-297-4546
skennedy@saklaw.net
lmcaleer@saklaw.net

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMIR TIAR AND<br>E.T. RADCLIFFE L.L.C.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE WALT DISNEY COMPANY,<br>THUNDERBIRD FILMS INC.,<br>WILLIAM MORRIS ENDEAVOR<br>ENTERTAINMENT, L.L.C.,<br>RICHARD WEITZ,<br>DAN SIGNER AND<br>JOHN DOES 1-25.<br>　　　　　　Defendants. | Case No.  CV 12-9323-GW (FFMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF EMIR TIAR AND E.T. RADCLIFFE, LLC. PURSUANT TO FED. R. CIV. P. 41(a)** |

　　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Emir Tiar and E.T. Radcliffe, L.L.C. (collectively "Plaintiffs") dismiss defendants The Walt Disney Company, Thunderbird Films, Inc., William Morris Endeavor Entertainment, L.L.C., Richard Weitz, Dan Singer, and John Does 1-25 (collectively "Defendants"), and Plaintiff's Complaint in its entirety, without prejudice.

Dated:  March 11, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/Linda S. McAleer*
　　　　　　　　　　　　　　　　　　　　*Linda S. McAleer*
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff, E.T. Radcliffe L.L.C.*

-1-