*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR TIAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, et al., <br><br> Defendants. | Case No. CV 12-9323-GW(FFMx) <br><br> **AMENDED ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal WITHOUT Prejudice Pursuant to Fed. R. Civ. P. 41(a), it is hereby ORDERED that this action is hereby dismissed WITHOUT prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 14, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT